

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Mark D. Mattlage-Thurmond and Robert J. Snowden, Appellants

No. 06-23-00040-CV     v.

First National Bank of McGregor d/b/a TFNB Your Bank for Life, David Littlewood, and Friedrich Matthies, Appellees

Appeal from the 414th District Court of McLennan County, Texas (Tr. Ct. No. 2020-3125-5). Memorandum Opinion delivered by Justice van Cleef, Chief Justice Stevens and Justice Rambin participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellants, Mark D. Mattlage-Thurmond and Robert J. Snowden, pay all costs incurred by reason of this appeal.

RENDERED NOVEMBER 20, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk